AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:15-MJ-82 |
| JUSTIN NOJAN SULLIVAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JUSTIN NOJAN SULLIVAN                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2339B (Attempting to Provide Material Support to a Designated Foreign Terrorist Organization), Title 18, United States Code, Section 924(b) (Receipt of a Silencer in Interstate Commerce with Intent to Commit a Felony), and Title 26, United States Code, Section 5861 (Receipt and Possession of an Unregistered Silencer, Unidentified by a Serial Number)

FILED
CHARLOTTE, NC

JUN 2 4 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Date:     06/22/2015

*Issuing officer's signature*

City and state:     Charlotte, North Carolina

Hon. David S. Cayer, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/22/2015 , and the person was arrested on *(date)* 6/22/2015 at *(city and state)* MORGANTON, NC . |
| Date: 6/22/2015 |
| *Arresting officer's signature* |
| ZEN VIOLA, SDUSM |
| *Printed name and title* |