FILED
CHARLOTTE, NC

JAN 20 2016

US DISTRICT COURT
WESTERN DISTRICT OF NC

**"UNDER SEAL"**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 1:16cr5 |
| | ) | |
| v. | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |
| JUSTIN NOJAN SULLIVAN | ) | UNDER SEAL |
| a/k/a "TheMujahid" | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment, Motion to Seal and this Order be sealed to protect the defendant from unfair publicity in the State of North Carolina's pending case involving a related homicide.

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until 1 PM on Monday, February 1, 2016, or as further ordered by this Court.

**IT IS FURTHER ORDERED** that the Government may inform Defendant's counsel that an indictment has been returned in this case and has been sealed pending a decision in the State's related case on or about February 1, 2016.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 20 day of January, 2016.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE