IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:16-cr-00005-MR-DLH |
| | ) | |
| Plaintiff, | ) | |
| | ) | FILED |
| vs. | ) | ASHEVILLE, N.C. |
| | ) | OCT 24 2016 |
| JUSTIN NOJAN SULLIVAN, | ) | |
| (a/k/a "TheMujahid"), | ) | U.S. DISTRICT COURT |
| | ) | W. DIST. OF N.C. |
| Defendant. | ) | |
| | ) | |

## ORDER

**THIS MATTER** is before the Court on the Government's Classified Motion for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") and Rule 16(d) of the Federal Rules of Criminal Procedure requesting that the Court authorize the deletion of certain classified information from discovery. [Doc. 43 ("CIPA Motion") filed Apr. 22, 2016]. The Government properly filed its CIPA Motion *in camera*, *ex parte*, and under seal with the CISO. See 18 U.S.C. App. III, United States v. Sarkissian, 841 F.2d 959, 965-66 (9th Cir. 1988).

Having conducted a thorough *in camera* and *ex parte* review of the Government's CIPA Motion, memorandum of law, and all exhibits, the records in this case, and pertinent legal authorities, and pursuant to CIPA

Section 4 and Rule 16(d)(1), the Court finds that the Government has properly invoked the classified information privilege as to the classified information at issue and the Court hereby **GRANTS** the Government's request for the reasons explained in the associated classified order which will remain under seal.

**IT IS SO ORDERED.**

MARTIN REIDINGER
United States District Judge