FILED
ASHEVILLE, N.C.

OCT 24 2016

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUSTIN NOJAN SULLIVAN, )<br>(a/k/a "TheMujahid"), )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:16-cr-00005-MR-DLH<br><br>FILED *IN CAMERA, EX PARTE,*<br>AND UNDER SEAL WITH THE<br>CLASSIFIED INFORMATION<br>SECURITY OFFICER |

(U) CLASSIFIED, *IN CAMERA, EX* PARTE ORDER PURSUANT
TO SECTION 4 OF THE CLASSIFIED INFORMATION
PROCEDURES ACT AND RULE 16(D)(1) OF THE FEDERAL

RULES OF CRIMINAL PROCEDURE