# COMMUNICATIONS

## Event Report

Event ID: **2014-109937**  Call Ref #: 330  Date/Time Received: 12/18/14 18:12:08

Rpt #: 2014-05106  Prime Unit: 146 MORGAN, TOMMY WAYNE  Services Involved: LAW, FIRE, EMS
Call Source: W911

Location: **5576 ROSE CARSWELL RD**
X-ST: US 64 / JENKINS RD
Business:
Phone:
Jur: CAD  Service: LAW  Agency: BCSD
St/Beat: WEST  District:  RA: G
GP: WEST

Nature: **CHECK WELFARE OF PERSON**  Alarm Lvl: 1  Priority: 2  Medical Priority: 123B01

Reclassified Nature:

Caller: **GLENDA CLARK**
Addr: [redacted]  Phone: [redacted]
Alarm:
Alarm Type:

Vehicle #:  St:  Report Only: No  Race:  Sex:  Age:

Call Taker: DBLACKFORD  Console: CONSOLE7

Geo-Verified Addr.: Yes  Nature Summary Code: LAW  Disposition: ASST  Close Comments:

Notes:

*See Event Notes Addendum at end of this report*

### Times

Call Received: 12/18/14 18:12:08
Call Routed: 12/18/14 18:13:40   000:01:32
Call Take Finished: 12/18/14 18:13:40   000:01:32
1st Dispatch: 12/18/14 18:15:05   000:02:57 (Time Held)
1st En-Route: 12/18/14 18:15:43   000:03:35
1st Arrive: 12/18/14 18:28:08   000:16:00 (Reaction Time)
Last Clear: 12/20/14 20:53:45   050:41:37

Unit Reaction: 000:13:03 (1st Dispatch to 1st Arrive)
En-Route: 000:00:38 (1st Dispatch to 1st En-Route)
On-Scene: 050:25:37 (1st Arrive to Last Clear)

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 167 | A1349 | D | Dispatched | 12/18/14 18:15:05 | Stat/Beat: WEST | | ATHRONEBUR |
| 167 | A1349 | E | En-Route | 12/18/14 18:15:43 | | | ATHRONEBUR |
| 160 | K2729 | E | En-Route | 12/18/14 18:15:50 | Stat/Beat: SR | | ATHRONEBUR |
| 160 | K2729 | D | Dispatched | 12/18/14 18:15:50 | Stat/Beat: SR | | ATHRONEBUR |
| 167 | A1349 | A | Arrived | 12/18/14 18:28:08 | | | ATHRONEBUR |
| 161 | E7234 | E | En-Route | 12/18/14 18:28:48 | Stat/Beat: SR | | ATHRONEBUR |
| 161 | E7234 | D | Dispatched | 12/18/14 18:28:48 | Stat/Beat: SR | | ATHRONEBUR |
| 160 | K2729 | A | Arrived | 12/18/14 18:28:52 | | | ATHRONEBUR |
| 117 | M3727 | E | En-Route | 12/18/14 18:37:57 | Stat/Beat: SR | | ATHRONEBUR |
| 117 | M3727 | D | Dispatched | 12/18/14 18:37:57 | Stat/Beat: SR | | ATHRONEBUR |

Report Generated: 11/03/2016 12:35:42  | User ID: SROGERS

\\psapp2\ossicad\cad\mlEventHistory_Event_Report
Case 1:16-cr-00005-MR-WCM    Document 66-1    Filed 06/14/17    Page 1 of 2
Page 1 of 10

| | | | | |
|---|---|---|---|---|
| ARM | Added Remarks | 12/19/14 18:02:09 | | TIPTONT |
| ARM | Added Remarks | 12/19/14 18:07:57 | | BCRUMP |
| ARM | Added Remarks | 12/19/14 18:30:27 | | BCRUMP |
| ARM | Added Remarks | 12/19/14 18:35:30 | | DBLACKFORD |
| RSW | Reset Watchdog Timer | 12/19/14 18:44:36 | Units: 132 >>> 90Min. | BCRUMP |
| RSW | Reset Watchdog Timer | 12/19/14 18:44:45 | Units: 115 >>> 90Min. | BCRUMP |
| ARM | Added Remarks | 12/19/14 19:10:12 | | BCRUMP |
| RSW | Reset Watchdog Timer | 12/19/14 19:18:20 | Units: 122,118,100,116,119,132 >>> 90 | BCRUMP |
| RSW | Reset Watchdog Timer | 12/19/14 20:55:49 | Units: 132 >>> 60Min. | HUFFMANR |
| RSW | Reset Watchdog Timer | 12/19/14 22:14:59 | Units: 132 >>> 90Min. | BCRUMP |
| RSW | Reset Watchdog Timer | 12/19/14 23:57:59 | Units: 134 >>> 90Min. | BCRUMP |
| RSW | Reset Watchdog Timer | 12/20/14 01:28:34 | Units: 134 >>> 90Min. | BCRUMP |
| RSW | Reset Watchdog Timer | 12/20/14 05:45:28 | Units: 134 >>> 15Min. | BCRUMP |
| RSW | Reset Watchdog Timer | 12/20/14 06:02:19 | Units: 146 >>> 30Min. | HENNESSEEA |
| RSW | Reset Watchdog Timer | 12/20/14 06:32:47 | Units: 146 >>> 90Min. | TIPTONT |
| RSW | Reset Watchdog Timer | 12/20/14 08:03:14 | Units: 146 >>> 90Min. | TIPTONT |
| RSW | Reset Watchdog Timer | 12/20/14 09:33:33 | Units: 146 >>> 90Min. | TIPTONT |
| RSW | Reset Watchdog Timer | 12/20/14 10:10:50 | Units: 120,122,146,121 >>> 60Min. | HENNESSEEA |
| RSW | Reset Watchdog Timer | 12/20/14 10:17:10 | Units: 124,120,122,146,121 >>> 90Min. | TIPTONT |
| RSW | Reset Watchdog Timer | 12/20/14 10:17:11 | Units: 124,120,122,146,121 >>> 999Min. | HENNESSEEA |
| RSW | Reset Watchdog Timer | 12/20/14 15:07:19 | Units: 121 >>> 15Min. | TIPTONT |
| RSW | Reset Watchdog Timer | 12/20/14 15:08:03 | Units: 123 >>> 90Min. | TIPTONT |
| ARM | Added Remarks | 12/20/14 15:10:49 | | AKANIPE |
| RSW | Reset Watchdog Timer | 12/20/14 15:17:33 | Units: 121 >>> 90Min. | TIPTONT |
| RSW | Reset Watchdog Timer | 12/20/14 15:17:44 | Units: 123 >>> 90Min. | TIPTONT |
| ARM | Added Remarks | 12/20/14 15:28:28 | | AKANIPE |
| RSW | Reset Watchdog Timer | 12/20/14 15:43:13 | Units: 124,120,123,119,122,146,121 >>> | TIPTONT |
| RSW | Reset Watchdog Timer | 12/20/14 17:13:27 | Units: 124,119,146 >>> 90Min. | TIPTONT |
| RSW | Reset Watchdog Timer | 12/20/14 17:32:41 | Units: 137 >>> 20Min. | TIPTONT |
| RSW | Reset Watchdog Timer | 12/20/14 17:51:32 | Units: 137 >>> 90Min. | TIPTONT |
| RSW | Reset Watchdog Timer | 12/20/14 18:48:06 | Units: 137,124,119 >>> 120Min. | BCRUMP |
| RSW | Reset Watchdog Timer | 12/20/14 20:53:36 | Units: 137 >>> 30Min. | HUFFMANR |

## Event Notes Addendum

Notes [PROQA] Caller Statement: BLOOD ALL OVER, DOORS OPEN
Chief Complaint: Missing / Runaway / Found Person [12/18/14 18:13:04 DBLACKFORD]
[PROQA] Dispatch Code: 123B01 (MISSING PERSON)
Response: BRAVO.
Questions: 5. Subj age: 74YOM
2. 2nd pty caller on scene.
3. Unk time lapse.
6. Subj has no medical/mental cond.
7. Subj not at risk. [12/18/14 18:13:40 DBLACKFORD]
MALE LAST SEEN LAST NIGHT 1800 [12/18/14 18:13:50 DBLACKFORD]
VERY END OF THE ROAD ON THE RIGHT [12/18/14 18:14:03 DBLACKFORD]
CALLER STATED THERE WAS BLOOD ALL OVER AND DRAG MARKS, THE RESIDENT IS NOT THERE [12/18/14 18:14:43 DBLACKFORD]
{167} EVERYONES STANDING IN THE ROAD OUT HERE [12/18/14 18:29:14 ATHRONEBURG]
{160} WE ARE MAKING ENRTY TO THE RESIDENCE FOR PROTECTIVE SWEEP [12/18/14 18:34:39 ATHRONEBURG]