| CONFIDENTIAL: | This is an official file of the North Carolina State Bureau of Investigation. To make public or reveal the contents thereof to any unauthorized person is a violation of the General Statutes of North Carolina. |

```
SBI CASE:    2014-02478  (811)
ACTIVITY:    January 7, 2015
VICTIM(S):   John Bailey Clark Jr.
COPIES:      (1)  Case Records Management Section
             (2)  SA C. A. Morris II
             (3)  SAC P. C. Carson
             (4)  SA C. M. Chambliss
             (5)  District Attorney W. D. Learner Jr.
             (6)  Assistant United States Attorney M. E.
                  Savage
```

**Glenda Beach Clark**, W/F/DOB: 02/04/1949 (Witness)
Residence:        ▓▓▓▓▓▓▓▓▓▓▓▓, Morganton, North Carolina,
                  Home Telephone: ▓▓▓▓▓▓
                  Cellular Telephone: ▓▓▓▓▓▓
Business:         Retired

Glenda Beach Clark was interviewed on Wednesday, January 7, 2015, at approximately 2:45 p.m. by Lieutenant Rodney Norman of the Burke County Sheriff's Office and SA C. A. Morris of the North Carolina State Bureau of Investigation. The interview was conducted at Clark's residence located at 6222 Jenkins Road, Morganton, North Carolina. Douglas McArthur Clark, Glenda Clark's husband, was present and actively participated in the interview.

Glenda Clark was being reinterviewed to gather background and family information on the victim as well as the circumstances that surrounded her 911 call to police when she could not locate the victim.

Douglas and Glenda Clark are married and live next to the victim, John Clark. Douglas Clark and John Clark were brothers.

Both Glenda and Douglas Mackie Clark indicated they did not know why someone had killed Clark. Douglas Clark said he could not remember anybody being mad at his brother.

John Clark was described as being odd or strange, and Douglas Clark said that he and John Clark were brothers but lived on two separate planets. Douglas Clark would go a

couple of weeks and never see John Clark. If John Clark had groceries, one would not see him. Douglas Clark eluded that he could not go inside John Clark's house because it hurt him to see the house and his brother in such poor condition.

John Clark was a vegetarian and would get mad if anyone killed a bug. He cared about all animals.

John Clark told Douglas Clark that he had talked to someone that he had not seen in a while. However, Douglas Clark said he did not pay attention to what John Clark was saying and did not know who John Clark mentioned.

Glenda Clark said John Clark received approximately $600 per month from Medicaid. John Clark received food stamps for a while but was not receiving them when he was killed. The reason he did not receive food stamps was because he did not fill out the paperwork.

The money from Medicaid was direct deposited into an account at the Telco Credit Union in Morganton. The account was in the name of John Clark. When John Clark was killed, there was approximately $157 in the account.

All of John Clark's monthly living expenses were mailed to Douglas and Glenda Clark's residence. Glenda Clark drew John Clark's money from various ATM machines and then paid his bills with her personal checks or paid his bills with the money. It took all of John Clark's money each month for him to live and pay his bills. John Clark's cable, electricity, and water bills were in Glenda Clark's name. All other regular mail was sent to John Clark's personal mailbox.

John Clark owned approximately eight acres of land and the house he lived in.

Around 2005, John Clark signed up for SSI, and John Clark signed some paperwork that allowed SSI to assume his house and land. Glenda Clark later contacted an attorney and the attorney told her SSI did not assume the residence because he was never sent to a rest home; therefore, all property was still in John Clark's name.

Concerning John Clark's land, several years ago, the only person that tried to buy John Clark's land was Joan

Hastings who lives across the road. John Clark would not sale the land.

Furthermore, John Clark would not sale his land nor give anyone anything. John Clark would not let anyone cut the bushes around his house except Julie Armstrong, his niece.

Glenda Clark said she did not know how long it had been gone, but there was on old Pepsi machine and an old assortment of jars in the old store that was on John Clark's property. Glenda and Douglas Clark never saw anyone at the old store, but it looked like somebody had lived in the store.

On Wednesday, December 17, 2014, Glenda Clark and Jeremiah Armstrong went to John Clark's residence to get his heater because the coil had burned out. Jeremiah Armstrong was Glenda Clark's son-in-law, who lived behind her. Glenda Clark took Jeremiah Armstrong because Douglas Clark had the flu. Jeremiah Armstrong went into John Clark's house and retrieved the heater. When Jeremiah Armstrong was walking out of John Clark's residence - John Clark followed him. Outside, Glenda Clark said that she, Jeremiah Armstrong, and John Clark talked a few minutes. John Clark was concerned about Douglas Clark because Douglas Clark had the flu.

The reason Glenda Clark found out the heater was not working was because John Clark did not have any butter and she stopped by the store to get him some. When she took the butter to his house - that was when she found out about the heater. The heater was taken to Ace Hardware in Morganton for repair.

On Thursday evening, December 18, 2014, Glenda Clark and Jeremiah Armstrong went to Lowe's Hardware to get a piece for her toilet. Afterwards, the two went to Food Lion to get groceries. Once they left Food Lion, they stopped by the Dollar General store and bought John Clark six gallons of water.

Once she and Jeremiah Armstrong arrived back at their residences, Glenda Clark drove through the field to Jeremiah Armstrong's house so he could unload his groceries.

3

At approximately 6:30 p.m. to 6:45 p.m., Glenda Clark drove past John Clark's residence and noticed there were no lights on which she thought was strange. Glenda Clark then drove to John Clark's residence and got out of her vehicle and hollered for him. There was no response and she did not hear anything.

Glenda Clark then drove to her residence and retrieved a flashlight and told Douglas Clark that something was wrong. Then Glenda Clark picked up Jeremiah Armstrong and drove up to John Clark's residence. Once at John Clark's residence, the two noticed a box of rocks were in front of the door which she found odd.

Jeremiah Armstrong moved the rocks from the side door. Both side doors were closed but unlocked.

Glenda and Mackie Clark were unsure if John Clark kept his doors locked.

The flashlight was on and Jeremiah Armstrong entered the residence and Glenda Clark followed. Both went to John Clark's bedroom and did not see him. They never tried to turn on any lights because the flashlight was strong. Jeremiah Armstrong shined the light into each room, and they did not find John Clark.

The two walked out of the house by way of the side door and then walked towards the front porch. Both noticed the grave in the yard about the same time. Jeremiah Armstrong said that something bad had happened as he walked around the house yelling for John Clark.

Glenda Clark then called 911 from the backyard of John Clark's residence.

Concerning the keys for John Clark's residence, Glenda Clark said no one had a set of keys. Glenda Clark thought John Clark had lost his keys approximately two years ago and she gave him her copy. Glenda Clark said it was possible he lost the house key and did not lock his doors.

John Clark never carried a wallet or cash and never wore a watch or rings.

Both Glenda and Douglas Clark doubted that John Clark would open his door for a stranger. He was weak and frail.

4

When John Clark was in his living room, he sat in a recliner or chair in front of his television.

Both Glenda and Douglas Clark have carried water jugs into Clark's house in the past. The two did not think that Julie or Jeremiah Armstrong had carried water into the house.

Glenda Clark said she never bought John Clark plastic "bottles" of water and when she observed the water bottle on Clark's side porch, she thought it was odd.

John Clark never married and both Glenda and Douglas Clark were unsure if he was a homosexual, even though they had heard rumors in the past. John Clark was not open with his sexuality. John Clark had a male friend at one point named Tom Clark and it was rumored they were homosexual. Tom Clark has a son that would be in the 40s age range. Tom Clark lived on Highway 70 at Snow Hill Church Road near Marion.

Tom Clark's second wife died in a suspicious fire.

Glenda Clark said John Clark had a telephone landline that could dial 911 but there was not an active service.

Douglas Clark explained that it hurt him to see the house and his brother in the condition that he was in.

Concerning the money John Clark received, the family knew he drew money from SSI but they did not know how much.

John Clark did not have a life insurance policy.

John Clark had not had any cross words with anyone.

Concerning the shed located behind Julie and Jeremiah Armstrong's mobile home, the shed belonged to Douglas Clark. Douglas and Glenda Clark have a key to the building along with Jeremiah Armstrong.

In regards to the mattock found in the shed, Douglas Clark said after he used the tool, he would place same back in either the right or left corner. He could not remember the last time he used it. The son of Douglas and Glenda Clark, Michael, may have used the mattock back in the summer to get some root stumps out of the ground.

Jeremiah Armstrong said he had found the shed lock on his front porch but he is forgetful.

The week before John Clark's death, Jeremiah and Julie Armstrong's hot water heater went out and Jeremiah Armstrong took a piece of wood out of the shed to go under the heater because the wood was rotten.

Jeremiah Armstrong kept carpet in the shed.

Jeremiah and Julie Armstrong have been married for three years and the two have always lived in the same residence behind Glenda and Douglas Clark. Julie Armstrong's ex-husband was named Josh Davis.

Glenda Clark provided SA Morris and Lieutenant Norman a list of family names on a sheet of notebook paper that she had written. A copy of the family names was attached to this investigative report; see Attachment #1024-05.

During the interview, Glenda Clark assisted SA Morris with an immediate family tree that began with the victim along with family members that lived nearby. A copy of the family tree and list of family that lived nearby was attached to this investigative report; see Attachment #1024-06.

No further information was obtained, and the interview concluded at approximately 5 p.m.

CAM:ap

(Attachments #1024-05 and #1024-06)