Google Maps

5470 Rose Carswell Rd, Morganton, NC 28655 to 5576-5598 Rose Carswell Road, Morganton, NC 28655

Walk 0.2 mile, 5 min



100 ft