





Case 1:16-cr-00005-MR-WCM    Document 66-4    Filed 09/14/17    Page 3 of 4

