| CONFIDENTIAL: | This is an official file of the North Carolina State Bureau of Investigation. To make public or reveal the contents thereof to any unauthorized person is a violation of the General Statutes of North Carolina. |

```
SBI CASE:    2014-02478  (811)
ACTIVITY:    December 20, 2014
VICTIM(S):   John Bailey Clark Jr.
COPIES:      (1)  Case Records Management Section
             (2)  SA W. H. Colvard
             (3)  SAC P. C. Carson
             (4)  SA C. M. Chambliss
             (5)  District Attorney W. D. Learner Jr.
             (6)  Assistant United States Attorney M. E.
                  Savage
```

INVESTIGATIVE ACTIVITY - NON-PRODUCTIVE NEIGHBORHOOD CANVASS ATTEMPTS ON DECEMBER 20, 2014:

On Saturday, December 20, 2014, SA Colvard made two unsuccessful attempts at obtaining information regarding the investigation from two separate residences on Rose Carswell Road in Morganton.

At approximately 11:34 a.m., SA Colvard attempted contact at 5480 Rose Carswell Road. SA Colvard noted no one came to the door and there were multiple packages in the carport area at the rear door of the residence.

At approximately 11:40 a.m., SA Colvard made contact with Richie Sullivan, W/M/DOB: ███████, at 5470 Rose Carswell Road. Sullivan provided that he was out of town until Thursday evening of this week, adding he and his wife (the only residents) had left on Monday night. Sullivan stated that he did not know the victim's name and only knew him "in passing." Sullivan said that he did not even know what residence the victim lived at, adding he thought that the victim's house was abandoned until seeing about the investigation on the news.

This investigative activity concluded at approximately 11:45 a.m. on the same date.

WHC:lm