CONFIDENTIAL: This is an official file of the North Carolina State Bureau of Investigation. To make public or reveal the contents thereof to any unauthorized person is a violation of the General Statutes of North Carolina.

```
SBI CASE:    2014-02478  (811)
ACTIVITY:    December 23, 2014
VICTIM(S):   John Bailey Clark Jr.
COPIES:      (1)  Case Records Management Section
             (2)  SA R. T. Powers
             (3)  SAC P. C. Carson
             (4)  SA C. M. Chambliss
             (5)  District Attorney W. D. Learner Jr.
             (6)  Assistant United States Attorney M. E.
                  Savage
```

POSTMORTEM EXAMINATION OF JOHN BAILEY CLARK AT NORTH CAROLINA BAPTIST HOSPITAL MORGUE IN WINSTON-SALEM, NORTH CAROLINA:

On Tuesday, December 23, 2014, at 8:48 a.m., Special Agent (SA) R. T. Powers attended the postmortem examination of John Bailey Clark at the North Carolina Baptist Hospital Morgue in Winston-Salem, North Carolina. Those present at the postmortem examination were SA R. T. Powers North Carolina State Bureau of Investigation (NCSBI), Burke County Detectives Mace and Probst, Forensic Pathologist Dr. Anna McDonald, and Deaner James Spears.

The lighting conditions were adequate. Photographs were taken by SA Powers; see Attachment #2014-02478-1094-006.

The autopsy began prior to 9 a.m. and as a result of the examination, it was discovered that Clark had three gunshot wounds to his head. The wounds were on the right side of his head. One entry wound was near the temple, one was above the temple area, and the other one was behind his ear. Two of the projectiles were recovered and transferred to

**WARNING:** The attachments hereto include medical records which contain patient information. Further **unauthorized** dissemination may subject you to **substantial** civil penalties for violation of patient privacy rights pursuant to HIPAA. **Extreme caution and**

> compliance with HIPAA regulations should be adhered to prior to further dissemination.

Burke County Detectives by the staff at Baptist Hospital. The unaccounted for projectile exited through Clark's left cheek.

The Burke County Detectives collected all evidence retrieved from the autopsy. SA Powers retains no evidence as a result of the examination.

SA Powers performed all the duties requested of him and departed from Baptist Hospital at 12:34 p.m.

RTP:ap

(Attachment #2014-02478-1094-006)



**The North Carolina Baptist Hospitals, Inc.**
**Wake Forest University School of Medicine**
Department of Pathology
Medical Center Blvd
Winston-Salem, NC 27157
Tel: (336) 716-4311     Fax: (336) 716-7595

## MEDICOLEGAL AUTOPSY REPORT

| | | | |
|---|---|---|---|
| Pathologist: | ANNA GREENE MCDONALD, MD | Patient Name:: | CLARK, JOHN |
| Resident: | L. Lopez-Morell, M.D., Resident-Pathology | Medical Record #: | |
| Autopsy Assistant: | Spears, James PA | DOB/Age:: | 6/4/1940 (Age: 74) |
| Service: | | Race/Gender: | W/M |
| Admitted: | | | |
| Expired: | 12/18/2014 | | |
| Autopsied: | 12/23/2014 | | |
| Reported: | 4/29/2015 | | |
| Attending Physician: | | NCBH Path #: | A14-2076 |
| Medical Examiner: | Terry K. Moore | | |
| | Burke County Medical Examiner | | |

### FINAL AUTOPSY DIAGNOSIS

I. **Gunshot wound of the right temple:**
   A. Entrance gunshot wound at right temple, with soot on outer table of skull and radiating lacerations
   B. Perforation of:
      1. Skin and soft tissue
      2. Right frontal bone near orbital rim
      3. Right eye
      4. Right maxilla
      5. Posterior hard palate
      6. Left cheek mucosa and soft tissue
   C. No projectile recovered
   D. Associated injuries:
      1. Periorbital hematomas
      2. Tongue with mucosal hemorrhage
      3. Fracture of left third molar
      4. Skull fractures (right zygomatic process, right temporal bone, right orbital plate)
   E. Exit gunshot wound at left side of chin
   F. Trajectory: right-to-left, back-to-front, and downwards

II. **Gunshot wound of the right frontal scalp:**
   A. Entrance gunshot wound of right frontal scalp, with radiating lacerations
   B. Perforation of:
      1. Skin and soft tissue
      2. Right frontal bone
      3. Dura
      4. Right frontal lobe of brain
      5. Right basal ganglia
      6. Right temporal lobe of brain
      7. Right oculomotor nerve
      8. Right internal carotid artery
      9. Optic chiasm
   C. Penetration of left greater wing of the sphenoid
   D. 29.8 grain, markedly deformed, unjacketed projectile recovered
   E. Associated injuries:

CLARK, JOHN                          Page 1 of 7                          A14-2076

Case 1:16-cr-00005-MR-WCM    Document 66-7    Filed 06/14/17    Page 3 of 9

   1. Subarachnoid hemorrhage, right frontal lobe of brain
   F. Trajectory: right-to-left and downwards, with minimal front-to-back deviation
III. Gunshot wound of the right parietal scalp:
   A. Entrance gunshot wound of right parietal scalp
   B. Perforation of:
      1. Skin and soft tissue
      2. Right parietal bone
      3. Dura
      4. Right parietal lobe of brain
      5. Right side of the tentorium
      6. Right side of the cerebellum
      7. Basilar/vertebral arteries
      8. Pons
   C. Penetration of posterior clinoid process of the sphenoid bone, left side
   D. 30.6 grain, markedly deformed, unjacketed projectile recovered
   E. Trajectory: right-to-left, downwards, and slightly back-to-front
IV. Blunt force injury of torso:
   A. Contused abrasion of back near right axilla
V. Liver with hepatitis (etiology uncertain)
VI. Status post cholecystectomy and partial hepatectomy, remote
VII. Kidneys with arterionephrosclerosis
VIII. Inguinal hernias, bilateral, non-incarcerated
IX. Testicles with hydroceles, bilateral
X. Prostate with nodular hyperplasia


***Electronically Signed Out By:   ANNA GREENE MCDONALD, MD***

ts

## Summary of Findings

The cause of death for this 74-year-old Caucasian male, John Clark, is gunshot wounds of the head.

Major findings at autopsy included three gunshot wound of the head, one exiting gunshot wound with soot on the outer table of the skull (indicating near contact) and two, non-exiting, indeterminate range gunshot wounds. The fractures in the skull show that the fracture from the gunshot wound of the right temple abruptly ends in the fracture line from the gunshot wound of the right parietal scalp, indicating the wound of the right parietal scalp was sustained prior to the wound of the right temple. Two markedly deformed, unjacketed projectiles were recovered from the left greater wing of the sphenoid bone and the posterior clinoid process of the sphenoid bone on the left side. Other findings included a contused abrasion of the back; bilateral, non-incarcerated inguinal hernias; remote surgical absence of the gallbladder and partial hepatectomy; kidneys with arterionephrosclerosis; and, hepatitis of uncertain etiology. Toxicologic analysis of postmortem blood detected no ethanol.

According to initial investigative reports, the decedent was last known to be alive on 12/17/2014. He lived alone and was known to be a "hermit" with family bringing him supplies. Family discovered him missing on 12/18/2014. Investigators at the scene found blood within the house and a disturbed area of soil in the backyard. Excavation of the area revealed the unclad decedent within a shallow grave.


## EXTERNAL EXAMINATION

| Body Weight: | 159 lb |
| Body Length: | 65 in |
| BMI: | 26.5 |

*Representatives for the Burke County Sheriff's Office and the North Carolina State Bureau of Investigation (SBI) are present during the autopsy.*

The body is that of a well-developed, thin, adult Caucasian man who appears compatible with the stated age. Body identification includes a left toe tag and a tag affixed to the body bag stating "JOHN BALEY CLARK".

The body is received unclad and covered in soil debris. No personal items accompany the body.

The body is cold to the touch. Rigor is waning in the extremities and jaw. Diffuse, fixed, violaceous livor extends over the posterior surfaces of the body, except in areas subject to pressure.

The scalp hair is brown/gray and measures up to 25 inches in length over the crown. The irides are brown; the pupils are symmetrical. The corneae are cloudy. The sclerae and conjunctivae are pale. The teeth are in poor condition with evident repair. Facial hair consists of a moustache and long gray/brown beard. The neck is without masses and the larynx is in the midline.

The thorax is symmetrical. A 6 x 5-inch, raised subcutaneous mass is on the posterior left shoulder near the midline. The abdomen is flat. The external genitalia are those of an adult male with a distended scrotum and descended testes. The anus and back are unremarkable.

The upper and lower extremities are well-developed and symmetrical, without absence of digits.

Identifying marks and scars consist of a well-healed, horizontal, 1¾-inch, linear scar of the left lower quadrant of the abdomen.

Evidence turned over to Burke County Sheriff's Office during the autopsy includes a bloodspot card; hair sample; "BULLET FROM 'B'"; and, "BULLET FROM 'C'".

## EVIDENCE OF INJURY

### HEAD AND NECK

**GUNSHOT WOUND OF RIGHT TEMPLE:**

On the right temple, 2 ⅞-inches below the top of the head and 2 ½-inches to the right of the anterior midline, is a ¼-inch in diameter round defect with a 1/8-inch, red marginal abrasion from the 6:00 to 12:00 positions, consistent with an entrance gunshot wound [LABELLED "A" ON CHARTS AND DIAGRAMS]. Two radiating lacerations measuring 1/16-inch are at 5:00 and 6:00 positions. Soot is present on the outer table of the skull. No stippling or gunpowder particles are on the skin surrounding the entrance gunshot wound or within the hemorrhagic wound track.

The hemorrhagic wound track sequentially perforates the skin of the right temple, the right frontal bone at the orbital rim, right eye, right maxilla, posterior hard palate [LABELLED "E" ON CHARTS AND DIAGRAMS], and left cheek mucosa/ soft tissue.

Associated injuries include bilateral periorbital hematomas, 2 ½ x ¾-inch mucosal hemorrhage of the tongue on the left lateral aspect, fracture of the left third molar with a 0.7 x 0.5 cm fragment of gray metal tooth amalgam within the esophagus, a linear fracture of the right zygomatic process and right temporal bone, and fractures of right orbital plate.

No projectile is recovered.

On the inferior aspect of the left cheek, 6 ½-inches below the top of the head and 2 ¼-inches to the left of the anterior midline, is a 3/4 x ¼-inch, irregular defect without marginal abrasion, consistent with an exit gunshot wound [LABELLED "D" ON CHARTS AND DIAGRAMS].

The trajectory is from the decedent's right-to-left, back-to-front, and

downward.

### GUNSHOT WOUND OF THE RIGHT FRONTAL SCALP:

On the right frontal aspect of the scalp near the hairline, ¾-inch below the top of the head and 2 ¼-inches to the right of the anterior midline is a 3/16-inch, irregular, stellate defect with 1/16-inch circumferential, yellow-pink marginal abrasion and radiating lacerations ranging in length from 1/16-inch to ¼-inch, consistent with an entrance gunshot wound [LABELLED "B" ON CHARTS AND DIAGRAMS]. Soot is not visible on the skin edges or within the hemorrhagic wound track. No stippling, burned or unburned gunpowder particles are on the skin surrounding the entrance gunshot wound.

The hemorrhagic wound track sequentially perforates the right frontal aspect of the scalp, right aspect of the frontal bone with inward beveling, dura, right frontal lobe, right basal ganglia, right temporal lobe, right oculomotor nerve, right internal carotid artery, and optic chiasm, before penetrating the left greater wing of the sphenoid.

Associated injuries include subarachnoid hemorrhage of right frontal lobe of the brain.

A 29.8 grain, markedly deformed, unjacketed projectile with a base diameter of 0.4 cm is recovered from the greater wing of the left sphenoid bone laterally.

The trajectory is from the decedent's right-to-left and downward with minimal front-to-back deviation.

### GUNSHOT WOUND OF THE RIGHT PARIETAL SCALP:

On the right parietal aspect of the scalp, 4⅛-inch below the top of the head and 3 ¼-inch to the right of the anterior midline is a ¼-inch in diameter round defect with 1/16-inch circumferential red marginal abrasion, consistent with an entrance gunshot wound [LABELLED "C" ON CHARTS AND DIAGRAMS]. Soot is not visible on the skin edges or within the hemorrhagic wound track. No stippling, burned or unburned gunpowder particles are on the skin surrounding the entrance gunshot wound.

The hemorrhagic wound track sequentially perforates the right parietal aspect of the scalp, right parietal bone, dura, right parietal lobe, right side of the tentorium, right side of the cerebellum, basilar/vertebral arteries, and pons, before penetrating the posterior clinoid process of the sphenoid bone on the left.

A 30.6 grain, markedly deformed, unjacketed projectile with a base diameter of 0.4 cm is recovered from the posterior clinoid process of the sphenoid bone on the left.

Associated injuries include fractures of the calvarium (right parietal, frontal and occipital bones), fractures of the base of skull (right temporal, right side of the sphenoid, crossing the sella turcica and terminating in the left side of the sphenoid), and subarachnoid hemorrhage of the right parietal lobe of the brain.

The trajectory is from the decedent's right-to-left, downward, and slightly back-to-front.

**CHEST AND ABDOMEN**       **BLUNT FORCE INJURY**

A 3 ¼ x 2 ½ inch, red-purple contused abrasion of the back is directly

|  |  |
|---|---|
|  | posterior to the right axilla. |
| **UPPER EXTREMITIES** | NONE |
| **LOWER EXTREMITIES** | NONE |
| **INTERNAL EXAMINATION** | |
| **BODY CAVITIES** <br> Panniculus adiposus: 2 cm | The pleural cavities and the abdominal cavity are free of fluid. Body organs are present in normal and anatomical position. |
| **CENTRAL NERVOUS SYSTEM** <br> Brain weight: 1110 gm | See "Evidence of Injury" section above. |
| **NECK** | The soft tissues of the neck, including strap muscles and large vessels, have no abnormalities. The hyoid bone and laryngeal cartilages are intact. |
| **CARDIOVASCULAR SYSTEM** <br> Heart weight: 370 gm | The pericardial surfaces are smooth and glistening; the pericardial sac is free of significant fluid or adhesions. The coronary arteries arise normally, follow a left-dominant distribution and are widely patent, without significant atherosclerosis or thrombi. The chambers and valves bear the usual size-position relationships and are unremarkable. The circumferences of the valves are as follows: pulmonic (7.5 cm); tricuspid (10.5 cm); aorta (7.5 cm); mitral (9.5 cm). The myocardium is dark red-brown, firm, and unremarkable; the atrial and ventricular septa are intact. The thicknesses of the ventricular walls are: left ventricle (1.2 cm); interventricular septum (1.3 cm); right ventricle (0.4 cm). The aorta and its major branches arise normally, follow the usual course and are widely patent, free of significant atherosclerosis and other abnormality. The vena cava and its major tributaries return to the heart in the usual distribution and are free of thrombi. |
| **RESPIRATORY SYSTEM** <br> Right lung weight: 670 gm <br> Left lung weight: 640 gm | The upper airway is clear of debris and foreign material; the mucosal surfaces are smooth, yellow-tan and unremarkable. The pleural surfaces are smooth, glistening and unremarkable. Lobar divisions are of the usual configuration. The pulmonary parenchyma is dark red-purple, exuding moderate amounts of blood and frothy fluid; no focal lesions are noted. The pulmonary arteries are normally developed, patent, and without thrombus or embolus. |
| **LIVER AND BILIARY SYSTEM** <br> Liver weight: 1600 gm | The hepatic capsule is smooth, glistening and intact with slight fibrosis of the left lateral aspect, covering an overall distorted globular shape. The parenchyma has no focal lesions. The gallbladder is remotely surgically absent. The extrahepatic biliary tree is patent, without calculi. The portal vein and its tributaries are unremarkable. |
| **ALIMENTARY TRACT** | The esophagus is lined by gray-white, smooth mucosa. The gastric mucosa is arranged in the usual rugal folds. The gastric lumen has 100 mL of brown-red, viscous fluid and a white oval tablet with effaced markings. The serosa of the small and large bowel is unremarkable. The cecum and appendix are located within the right inguinal canal and extend into the scrotum. Multiple loops of small bowel are located within the left inguinal canal and extend into the scrotum. There is no evidence of incarceration. The pancreas has a normal gray-white, lobulated appearance, and the ducts are unobstructed. |
| **GENITOURINARY TRACT** | The renal capsules are smooth and thin, semi-transparent, and strip with |

| | |
|---|---|
| Right kidney: 130 gm<br>Left kidney: 140 gm<br>Urine volume: 300 mL | difficulty from the underlying, granular, red-brown cortical surfaces. The cortex is sharply delineated from the medullary pyramids, which are brown. The calyces, pelves, and ureters are unremarkable. The relationships at the trigone are unremarkable. The mucosa of the urinary bladder is gray-tan, thickened and trabeculated. The testes both show hydroceles. The prostate is diffusely enlarged with whorled, nodular cut surfaces concentrated over the middle lobe. The seminal vesicles are unremarkable. |
| **RETICULOENDOTHELIAL SYSTEM** | |
| | The spleen has a smooth, intact capsule covering red-purple, diffluent parenchyma; the lymphoid follicles are indistinct. The regional lymph nodes appear normal. The bone marrow is red-purple and homogeneous, without focal abnormality. |
| **ENDOCRINE SYSTEM** | The pituitary, thyroid, and adrenal glands are unremarkable. |
| **MUSCULOSKELETAL SYSTEM** | Except as noted in the "Evidence of Injury" section, the remaining bony framework, supporting musculature, and soft tissues are not unusual. |

**Block Summary:**

1. Midbrain
2. Cerebellum, medulla
3. Basal ganglia, pons
4. Cortex
5. Prostate
6. Heart (3), kidney
7. Lungs (5), liver

**Microscopic Description:**

HEART: The heart has scattered hypertrophic myocytes and no significant inflammation or fibrosis. The cross-sections of coronary arteries show intimal hyperplasia.

LUNGS: The lungs are moderately congested with no inflammation or fibrosis.

LIVER: The liver has a dense portal lymphocytic infiltrate with germinal center formation and adjacent interface hepatitis

KIDNEY: The kidney has numerous sclerotic glomeruli, arterioles with eccentric intimal hyperplasia, interstitial chronic inflammation and fibrosis.

PROSTATE: The prostate has multiple glandular lumens with inspissated secretions, acute inflammation, and peri-glandular chronic inflammation. The constellation of findings may represent prostatitis or sequelae of prostatic hypertrophy.

BRAIN: The midbrain shows well-pigmented Substantia Nigra cells with rare amorphous, eosinophilic intracytoplasmic inclusions, the significance of which is unclear. The cortex shows no inflammation or inclusions. The cerebellum has subarachnoid hemorrhage. The basal ganglia and pons show subarachnoid, intraparenchymal, and perivascular acute hemorrhage.

**TOXICOLOGY**
Toxicology Folder:     T201409961
Date of Report:        05-jan-2015

**DECEDENT: John Baley Clark**

Status of Report: Approved
Report Electronically Approved By: Marc Feaster

==================================================================

SPECIMENS received from Anna Greene McDonald on 31-dec-2014

| S140026555: 8.0 ml Blood | CONDITION: Postmortem |
| SOURCE: Vena Cava | OBTAINED: 23-dec-2014 |

Ethanol ------------------- None Detected            01/05/2015

---

S140026556:            Liver            CONDITION: Postmortem
   SOURCE: Liver                         OBTAINED: 23-dec-2014

---

S140026557: 18.0 ml Urine            CONDITION: Postmortem
   SOURCE: Urinary Bladder              OBTAINED: 23-dec-2014

---

010515 16:02        *** END OF REPORT ***


**COPY TO:**
Terry K. Moore