







Case 1:16-cr-00005-MR-WCM    Document 66-8    Filed 06/14/17    Page 4 of 4