

Case 1:16-cr-00005-MR-WCM   Document 66-9   Filed 06/14/17   Page 1 of 2

