## UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

Receipt for Property    Received/Returned/Released/Seized

File #: ███████-███

On (date)    6/19/2015

item(s) listed below were:
- ☐ Received From
- ☐ Received To
- ☐ Released To
- ☒ Seized

(Name)           Rich Sullivan
(Street Address)   5470 Rose Carswell Rd
(City)            Morganton, NC.

**Description of Item(s):**

Verizon LG cell phone, black in color

Patient/Doctor records

Samsung Freeform 4 cell phone in case

1 San Disk Cruzer BZG, 1 Microsoft 16gb flash drive

Amazon Kindle Fire, black in color

Receipt for gun

Toshiba laptop, L855-S5121, S/N: 4D062975Q

Toshiba laptop, S/N: 5D115194Q, with power cord

Verizon wireless network extender, MAC ID: ECE09BB1665A

Netgear N300 Wireless router, S/N: 25G2255M0B5FE

Ski mask, envelope, lock-pick kit and tools, letter opener, envelope with lock-pick tools, travel bag, lock pick keys

chair cushion and round carpet-like pad

Three pair of pants, 1 brown, 1 dark colored, and 1 off-white

Fourteen rounds of .22 caliber ammunition, found in .22 caliber rifle, Marlin, S/N: 07376285

Suppressor with packaging

Marlin .22 rifle, Model 6W, S/N: 07376285

2 containers of Winchester .22 cal ammo (50 rds); 2 cases Hornady .22 cal ammo (50 rds); 2 boxes Wichester Super X Win Mag. 22 cal ammo; one box of 550 rounds of Federal .22 cal ammo.

Acer Chromebook s/n: NXSHEAA01146053C77600

FD-597 (Rev 8-11-94)

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property    Received/Returned/Released/Seized

**File #: 415M-CE-6459909**

| |
|---|
| Playstation 3 with power cord; S/N CL95370397 |
| SD card 8gb |
| Note-Dirctions-Hickory Convention Center |
| United States Uniformed Services ID-Justin Sullivan |
| Hood Mask |
| Journal |
| Instruction paper-How to use the Jigglers |
| Guerrilla Warfare hardback book- |
| $689 in U.S. Currency; 5=$100; 1=$50; 4=$20; 4=$10; 3=$5; 4=$1 |
| $1.00 off coupon admission |
| Sears Roebuck .22 cal rifle (no serial no) with magazine |
| Blackberry Model E900-IMEI: 355038040050484 and battery |
| 17 Books relating to military, weapons and Islam |
| Ruger 6 shot revolver, .22 cal s/n: 529443 |
| Green spiral notebook with names, telephone numbers and addresses |

Received By Teresa L Clarkson (signature)

Received From (signature) Richard L Sullivan









