UNCLASSIFIED



## FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

### LABORATORY REPORT

To: James R. Meade
Charlotte

Date: September 29, 2015

Case ID No.: 

Lab No.: 2015-01396-5

Communication(s): June 26, 2015

Agency Reference(s):

Subject(s):

Victim(s):

Discipline(s): Firearms/Toolmarks

FBI Laboratory Evidence Designator(s):

The following items were received in the Firearms/Toolmarks Unit:

Item 17     Metal fragment from John Bailey Clark (Item 3, NCSBI Item 13) (1B37, E02681394)

Item 18     Metal fragment from John Bailey Clark (Item 4, NCSBI Item 14) (1B37, E02681394)

Item 19     Cartridge case from bedroom floor of John Bailey Clark's residence (Item 6, NCSBI Item 25) (1B37, E02681394)

Item 34     Ruger revolver, Serial Number 529443, with scope (Item 32) (1B31, E5796187)

Item 35     Marlin rifle, Serial Number 07376285 (Item 32) (1B16, E5796202)

Item 36     Rifle with bolt and magazine (Item 29) (1B29, E5796189)

Item 47     FTU secondary evidence (9 bullets, 10 cartridge case)

The results of the firearms examinations and national database searches are included in this report.

Page 1 of 7



**Results of Examination:**

Item 17 and 18 are .22 caliber bullets, like those loaded into rimfire cartridges, fired from a barrel rifled with sixteen grooves, right twist, like the barrel of the Item 35 rifle. Due to a lack of sufficient corresponding microscopic marks of value, no conclusion could be reached as to whether the Item 17 or 18 bullets were fired from the barrel of the Item 35 rifle, or from the same barrel. The Item 17 and 18 bullets were excluded as having been fired from the barrels of the Item 34 and 36 firearms. A check of the FBI Laboratory's General Rifling Characteristics (GRC) database produced a list of firearms with GRCs like those present on the Item 17 and 18 bullets that includes rifles marketed by Marlin and Revelation.

Item 19 is a .22 Long or Long Rifle caliber cartridge case bearing the headstamp of Remington ammunition, and was identified as having been fired in the Item 35 rifle.

Item 34 is a .22 Short/Long/Long Rifle caliber Ruger revolver, Model Single Six. The Item 34 revolver functioned normally when tested in the Laboratory. A query of the National Crime Information Center (NCIC) database was performed and no records were found at this time. A query of the eTrace database returned a result that can be found under the Trace number T20150262353. A National Integrated Ballistic Information Network (NIBIN) search was not conducted due to revolver-type cartridge case images not being entered into the database.

Item 35 is a .22 Long Rifle caliber Marlin rifle, Model 60W. The Item 35 rifle was received with debris in the action. Subsequent to a light cleaning and oiling of the action, the Item 35 rifle functioned normally when tested in the Laboratory. A query of the NCIC database was performed and no records were found at this time. A query of the eTrace database returned a result that can be found under the Trace number T20150262346. An image of a test-fired cartridge case from the Item 35 rifle was entered into the NIBIN at the FBI Laboratory in Quantico, Virginia, and searched against regions that include North Carolina. No associations were found at this time. Additionally, if future NIBIN searches are requested for this evidence, the NIBIN server containing the FBI Laboratory will need to be selected as part of the search.

Item 36 is a .22 Short/Long/Long Rifle caliber J. C. Higgins rifle, Model 103.228. The Item 36 rifle would not feed cartridges properly when initially test fired. Subsequent to a light cleaning and oiling of the action, the Item 36 rifle functioned normally when tested in the Laboratory. Due to a lack of a serial number, NCIC and eTrace searches were not conducted. An image of a test-fired cartridge case from the Item 36 rifle was entered into the NIBIN at the FBI Laboratory in Quantico, Virginia, and searched against regions that include North Carolina. No associations were found at this time. Additionally, if future NIBIN searches are requested for this evidence, the NIBIN server containing the FBI Laboratory will need to be selected as part of the search.

**Methods:**

Bullets

 Two bullets, either two evidence items or one evidence item and one bullet test fired in the Laboratory, undergo two stages of comparison. First, the bullets are examined to determine and compare their class characteristics. The class characteristics of fired bullets include diameter, number of land and groove impressions, direction of twist, and the widths of the land and groove impressions. If the class characteristics of the two bullets are not clearly different, the examination moves to a second stage using comparative microscopy.

 A microscopic comparison examination consists of a search of the striated marks present on two bullets to determine if patterns of similarity exist. At the completion of these comparisons, one of the following three opinions is issued:

1) Exclusion (Elimination)

If two bullets have different class characteristics, an Exclusion opinion is rendered.

Exclusion opinions based on a measured class difference or the physical comparison of a discernible difference in class characteristics cannot be reported unless a second qualified firearms/toolmarks Examiner has examined the items in question and reached the same conclusion.

2) Identification

If the following conditions are met during the comparison of microscopic marks, an opinion of Identification is rendered:

 a) The degree of similarity is greater than the Examiner has ever observed in previous evaluations of bullets known to have been fired from different barrels.

 b) The degree of similarity is equivalent to that normally observed in bullets known to have been fired from the same barrel.

When these conditions are met the likelihood another tool (firearm) could have produced the same mark is so remote as to be considered a practical impossibility. An Identification opinion cannot be reported unless a second qualified firearms/toolmarks Examiner has examined the items in question and reached the same conclusion.

3) Inconclusive (No Conclusion)

If the conditions required for an Exclusion or Identification are not observed, an opinion of Inconclusive is rendered. A failure to meet the conditions for an Exclusion or Identification could be the result of limited microscopic marks of value, a lack of any observed microscopic

Page 3 of 7

2015-01396-5



similarity, or microscopic similarity that is present but too limited to meet the criteria for Identification.

## Cartridge Cases

Two cartridge cases, either two evidence items or one evidence item and one cartridge case test fired in the Laboratory, undergo two stages of comparison. First, the cartridge cases are examined to determine and compare their class characteristics. The class characteristics of fired cartridge cases include caliber, shape of firing pin impression, shape and orientation of breech face marks, and relative locations of extractor and ejector marks. If the class characteristics of the two cartridge cases are not clearly different, the examination moves to a second stage using comparative microscopy.

A microscopic comparison examination consists of a search of the impressed and striated toolmarks present on two cartridge cases to determine if patterns of similarity exist. At the completion of these examinations, one of the following three opinions is issued:

1) Exclusion (Elimination)

If two cartridge cases have clearly different class characteristics, an Exclusion opinion is rendered.

Exclusion opinions based on a measured class difference or the physical comparison of a discernible difference in class characteristics cannot be reported unless a second qualified firearms/toolmarks Examiner has examined the items in question and reached the same conclusion.

2) Identification

If the following conditions are met during the comparison of microscopic marks, an opinion of Identification is rendered:

a) The degree of similarity is greater than the Examiner has ever observed in previous evaluations of cartridge cases known to have been fired in different firearms.

b) The degree of similarity is equivalent to that normally observed in cartridge cases known to have been fired in the same firearm.

When these conditions are met the likelihood another tool (firearm) could have produced the same mark is so remote as to be considered a practical impossibility. An Identification opinion cannot be reported unless a second qualified firearms/toolmarks examiner has examined the items in question and reached the same conclusion.

3) Inconclusive (No Conclusion)

2015-01396-5



If the conditions required for an Exclusion or Identification are not observed, one of two types of inconclusive results can be reported. An opinion of No Conclusion is rendered if the impressed and/or striated toolmarks present in either or both of the specimens are of poor quality, have limited microscopic marks of value, lack any observed microscopic similarity, or microscopic similarity that is present but too limited to meet the criteria for Identification. An opinion of Nothing Found to Indicate is rendered if the microscopic marks of value on both specimens are of good quality but lack correspondence in the impressed and/or striated marks.

Firearms

The make, model, and caliber of a firearm are normally determined by directly observing manufacturer markings on the firearm in question. When these are not present, published materials and firearms in the Laboratory's Reference Firearms Collection may be used to make determinations.

Unless otherwise noted, submitted firearms are test fired:

1) in the condition they are received in the Firearms/Toolmarks Unit,
2) with ammunition from the Laboratory's Reference Ammunition File,
3) in a manner that allows for testing of available modes of fire such as manual safety engaged, manual safety disengaged, single action, double action, semi-automatic, fully automatic, etc.

GRC

The appropriate GRC measurements are entered in the database, which then returns a list of all firearms in the database with compatible GRCs.

NCIC/eTrace

The serial number from a firearm is queried against the Department of Justice National Crime Information Center (NCIC) stolen gun record and electronic tracing system (eTrace) internet-based databases. These databases contain records on stolen, lost, and recovered firearms and firearms used in the commission of crimes. Additionally, eTrace can provide systematic tracking information for a firearm from its manufacturer or importer to its point of purchase and recovery.

NIBIN

When a NIBIN entry is performed for a submitted firearm, an image of a test-fired cartridge case from that firearm is entered in the NIBIN database. An image of a representative sample of any submitted cartridge cases that have not been associated with a specific firearm are also entered in the NIBIN system. Entries are searched against the appropriate regional database(s), and correlation results are viewed to determine possible associations.

2015-01396-5



**Limitations:**

Bullets

Firearms/Toolmark Identification is an empirical science that relies on objective measurements and a subjective comparison of microscopic marks of value.

Due to random changes in barrels such as wear, corrosion and lead accumulation, bullets fired from the same barrel are sometimes not identifiable as such. Additionally, some barrel manufacturing methods routinely produce barrels that leave limited microscopic marks of value on fired bullets. Damaged, corroded or fragmented bullets may be of little or no value for comparison purposes.

Cartridge Cases

Firearms/Toolmark Identification is an empirical science that relies on objective measurements and a subjective comparison of microscopic marks of value.

Due to possible changes in firearm operating surfaces from wear, corrosion, and ordinary fouling and differences in ammunition design and construction, cartridge cases fired in the same firearm are sometimes not identifiable as such. Additionally, some firearm manufacturing methods routinely produce working surfaces that leave limited microscopic marks of value on fired cartridge cases.

Firearms

The results of firearms function examinations describe the operating condition of the firearm as it was received in the Firearms/Toolmarks Unit.

GRC

The GRC database contains information obtained from firearms at the FBI Laboratory and from voluntary submissions of test-fired specimens from law enforcement agencies around the world. It is not a comprehensive list of all firearms, and contains no information about the numbers of each type of firearm present in the general population. The firearms listed in the report are typically those considered to be more common and are included at the discretion of the examiner authoring the report.

NCIC/eTrace

The NCIC stolen gun record and eTrace databases will only return a record if the serial number queried matches a database entry and the information is available. Additionally, an NCIC and eTrace search may return a record containing information that does not match the description of the firearm being queried.

2015-01396-5



<u>NIBIN</u>

Due to a number of variables regarding image capture and data entry, NIBIN searches may not always locate entries that were fired in the same firearm.

**Remarks:**

For questions about the content of this report, please contact Forensic Examiner John B.H. Webb at 703-632-7236.

For questions about the status of your submission, including any remaining forensic examinations, please contact Request Coordinator Rebecca Ann Reynolds at 703-632-7600.

The evidence will be returned to the contributor under separate cover.

The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files. This report contains the opinions and interpretations of the examiner(s) who issued the report.

John B.H. Webb
Firearms/Toolmarks Unit

