

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   06/24/2015

    RICHIE LEON SULLIVAN, date of birth (DOB) [Redacted], was interviewed at [Redacted]. Also present for the interview was FBI IA Stacy Cohen After being advised of the identity of the interviewing Agent and the nature of the interview, SULLIVAN provided the following information:

    SULLIVAN's cellular phone number is [Redacted]. He retired from the U.S. Marine Corps in 1996 as a Motor Transport Officer and retired from Ford Motor Company in Delaware three years ago.

    After delivery of the day's mail, the same day as the interview, SULLIVAN's wife, ELEANOR SULLIVAN (ELEANOR), had him look at a package that his son, JUSTIN SULLIVAN (JUSTIN), had received. SULLIVAN said that by the weight, shape and feel of the package, he believed that that it was a silencer. Because of the soft packaging, he could feel the large hole and small hole in the ends. Also, the package was sent to "Gus Gus," a nickname given to JUSTIN when he was younger. MELISSA BUCHELLI, a cousin of JUSTIN's, gave him that nickname and is the only person that called him that. She lives in Michigan and is ELEANOR's niece. SULLIVAN knew that there was an issue because of the name. JUSTIN and BUCHELLI do not communicate and have not maintained a relationship. She is now in college.

    SULLIVAN confronted JUSTIN about the contents; he told SULLIVAN it was a filter. He would not admit it was a suppressor. The last time he saw the package, it was in JUSTIN's room. A short time later, SULLIVAN went to work at Lowe's and called the Burke County Sheriff's Office (BCSO). He did not know who he spoke to, but said he wanted the silencer reported to Homeland Security. SULLIVAN and his wife, ELEANOR, planned to travel to their vacation home located at [Redacted] on Monday, the 22nd of June.

    SULLIVAN has had concerns about JUSTIN for the last 6-9 months. JUSTIN

| | | | |
|---|---|---|---|
| Investigation on | 06/19/2015 at | Morganton, North Carolina, United States (In Person) | |
| File # | [Redacted] | Date drafted | 06/23/2015 |
| by | Cody E Muse | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

has gone from talking normally to his parents to referring to them as "you people," he also refers to Americans in the same manner. JUSTIN has been getting progressively worse and SULLIVAN was worried about "what was he going to do." JUSTIN was raised Roman Catholic and spent time in the Philippines with a family friend who is Buddhist. Her name is Bea Chu and she is from ■ Redacted ■. JUSTIN did not like school in Morganton and went to the Philippines to finish his last year of school. SULLIVAN could not recall the name of the town, but said it was in the northern tip of the Philippines and was ELEANOR's home of record. He ultimately left school in the Philippines and finished at the Adult School at Western Piedmont Community College in Morganton.

For the last 6-9 months, JUSTIN has been talking about ISIS. He has identified with their efforts as being successful. He has converted to Islam and has begun using a prayer rug that SULLIVAN used as a wall decoration. SULLIVAN bought the rug in Saudi Arabia during the Gulf War. JUSTIN has separated himself from his American identity. SULLIVAN is not aware of any individual that has been responsible for the change in his son; he believes that the Internet has been the sole catalyst. JUSTIN has become very combative and defensive since his interest in ISIS. Several times, he has said he wanted to buy an "AK or assault rifle." JUSTIN has adjusted his clothing to fit his new beliefs, including only wearing black socks and rolling his pants up above his ankles. Once, JUSTIN asked about the Mosque located on Bethel Road; however, SULLIVAN mentioned that the Mosque could be monitored by government authorities so JUSTIN never went.

JUSTIN spends much of his time on the Internet. He is very evasive about what he does and has bragged about his being secure while on it. JUSTIN does order things on the Internet. He uses prepaid Visa cards from Walmart. He uses the screen name "artexin" to order. SULLIVAN does not know any other screen names used by JUSTIN. He has no job and little money. He has his own computer, a Toshiba laptop, that he uses on-line and a Casio Smartphone. JUSTIN keeps his computer and phone password protected. SULLIVAN's computer is password protected and he believes JUSTIN does not have access to it.

Within the last 6 months, JUSTIN bought several pieces of PVC pipe that he had cut to 18-24 inches long. SULLIVAN suspected that JUSTIN was going to build a pipe bomb, but he never did.

SULLIVAN advised that approximately 3 months ago, the BCSO responded to their residence due to JUSTIN destroying property. During the domestic dispute, JUSTIN began destroying Buddhas, photographs of himself, and trophies he won as a kid. One Buddha was soaked in gasoline and placed in the fireplace, but it was never set on fire. SULLIVAN believes this

behavior was based on religion; he says JUSTIN kept saying it had nothing to do with ISIS. Within the last few days, JUSTIN has removed childhood stuffed animals from his room and placed pictures face down.

SULLIVAN said that JUSTIN had not ever been referred to or sought a psychiatrist or mental evaluation. He is a loner and has always been a loner.

JUSTIN kept saying that he had plans but would not disclose them. There has not been any talk of going overseas outside of his travel to the Philippines.

SULLIVAN has been pressing JUSTIN to get a job. He asked him if he had thought about the military and JUSTIN's response was "and what, kill more of us." SULLIVAN says he has been very vocal about JUSTIN becoming a Muslim. JUSTIN has made no mention of changing his name. He said JUSTIN had not made any outward comment about violence, but did describe him as a "lone wolf type." All of JUSTIN's suspicious behavior has been within the last 6 months; however, appeared to "getting better until today." He described JUSTIN as acting more like an "extremist" rather than a "regular" Muslim.

Asked about JUSTIN's phone number, SULLIVAN started by giving Redacted but then said he would have to look at his phone to get the rest. He later corrected himself and said the number was Redacted . He does not know JUSTIN's email address.

When asked about weapons, he said he had several guns that we locked in a safe. He did keep one 12ga shotgun out and he also had a .380 handgun in his vehicle. He did not believe that JUSTIN knew about the .380. JUSTIN has a BB gun but he has never shot SULLIVAN's guns. Prior to the last 6 months, JUSTIN had never shown an interest in guns other than playing video games. Recently, however, JUSTIN stated he wanted a gun and could buy one from the Jamestown Flea Market.

SULLIVAN, driving a white Toyota Yaris, and interviewing agent, left the interview location and drove to SULLIVAN's residence.

On 06/20/2015 at 0015 hrs, while at his residence, SULLIVAN was shown a Marlin model 60W .22LR semi-automatic rifle that had been located by the Evidence Response Team (ERT). He identified it as his and said he had last seen it 2 to 3 months ago. He later said it was hanging in a gun rack, with another .22 rifle, in the basement. A few minutes later, ERT showed him another .22 rifle, a J.C. Higgins bolt action, which was hanging in a gun rack in the basement. He identified the bolt action as his grandfather's.