

Case 1:16-cr-00005-MR-WCM    Document 66-16    Filed 06/14/17    Page 1 of 1