

Date of entry  06/22/2015

Patrick H. STRINGER, [Redacted], and telephone number [Redacted] was interviewed at his place of business, [Redacted] [Redacted] [Redacted] Morganton, North Carolina, 28655. STRINGER was shown a photograph of Justin SULLIVAN. The photograph has been submitted to the 1A section of the case file. After being advised of the identity of the interviewing Agent and the nature of the interview, STRINGER provided the following information:

STRINGER recognized the individual in the photograph as a person who had recently come to his gun shop, Hawkeye's Firearms, LLC. STRINGER did not know the individual's name. STRINGER has an alarm that notified him that somebody had turned onto his road. When no one entered his shop, he went outside. He saw that the individual in the photograph had gone past the shop. When he had backed up, he accidentally drove into the ditch. The individual was driving a late model Toyota, Yaris. STRINGER asked if the Yaris had a tow hook. It did not have hook, so rocks were removed from behind the back wheels and STRINGER help push the car out of the ditch. The rocker panel was scarred as the individual drove it out.

To STRINGER, the individual seemed a little subdued and nervous. He asked STRINGER if he could come into the gun shop. They entered the gun shop. The individual asked STRINGER if he had hollow point .223 ammunition for sale. STRINGER replied that he did not. He only had full metal jacket .223 ammunition. The individual was not interested in purchasing the full metal jacket .223 ammunition.

The individual did not ask about buying a gun. He did not ask about gun prices.

STRINGER does not sell AR's.

STRINGER has owned Hawkeye's Firearms, LLC for approximately six (6) years. He primarily sells guns and builds leather holsters.

Investigation on 06/22/2015 at Morganton, North Carolina, United States (In Person)

File # [Redacted]  Date drafted 06/22/2015

by Jacob R. Guffey

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Hawkeye's Firearms, LLC - Patrick Stringer - Interview  ,On 06/22/2015 ,Page 2 of 2

STRINGER has a video camera at his gun shop, but not one that keeps a recording.

